AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

___WESTERN___ DISTRICT OF ___ARKANSAS___

UNITED STATES OF AMERICA

V.

THOMAS DUNN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:08CR40017-001

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_

Signature of Judge

HARRY F. BARNES  
Name of Judge

U.S. DIST. JUDGE  
Title of Judge

10/27/2009  
Date

U. S. DISTRICT COURT  
WESTERN DISTRICT ARKANSAS  
FILED

OCT 2 7 2009

CHRIS R. JOHNSON, CLERK

BY _[signature]_  
DEPUTY CLERK